AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

~~United States District Court~~
Southern District of Texas
FILED

MAY ⁻9 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| 1. Marcos Escobar (1971 Cuba) | ) Case No. M-13-0845-M |
| 2. Alexis Guzman (1975 Cuba) | ) |
| 3. Carlos Gonzalez (1981 Cuba) | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___March 01, 2013 - May 08, 2013___ in the county of ___Hidalgo___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1029 (a) (2) | Marcos Escobar, Alexis Guzman and Carlos Gonzalez did knowingly and with intent to defraud traffic in or use one or more unauthorized access devices during any one year period and by such conduct obtained anything of value aggregating $1,000 or more during that period. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Approved to File*
*Terry L Leonard*
*Asst U.S Attorney*

_____
*Complainant's signature*

Jose Obando, Special Agent, U.S. Secret Service

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___5/9/2013___

_____
*Judge's signature*

City and state: ___McAllen, Texas___

Dorina Ramos, U.S. Magistrate Judge

*Printed name and title*

## PROBABLE CAUSE AFFIDAVIT

I, Jose Obando, herein referred to as "Affiant," am employed as a Special Agent with the United States Secret Service. Affiant has been employed as a Special Agent since October of 2010. As a Special Agent with the United States Secret Service, Affiant has received extensive training in the areas of financial crimes and access device fraud.

1. This investigation originated in early April 2013, when Affiant received notification from Discover Fraud Investigations concerning a large amount of access device fraud occurring in the Southern District of Texas. A joint investigation with the McAllen Police Department and the U.S. Secret Service was initiated. Review of Discover Card documents revealed the following: At least 120 Discover credit card account numbers have been fraudulently used or attempted to be fraudulently used at various local merchants (to include Wal-Mart, HEB, Stripes) in the Southern District of Texas from March 2013 through April 2013. During this timeframe, over $29,000 worth of fraudulent charges have been disputed by the true cardholders of these Discover credit card accounts.

2. Review of surveillance video from various Wal-Mart locations in the Southern District of Texas from March 2013 through April 2013 revealed the following: Carlos Gonzalez used at least 3 different counterfeit access devices during this time period and obtained things of value which totaled over $800. Marcos Escobar used at least 5 different counterfeit access devices during this time period and obtained things of value which totaled over $670. Alexis Guzman used at least 3 different counterfeit access devices during this time period and obtained things of value which totaled over $1,300.

3. Review of surveillance video from an HEB store in Mission, TX, during various dates in April 2013 revealed the following: Carlos Gonzalez used at least 4 different counterfeit access devices during this time

1

period and obtained things of value which totaled over
$490. Marcos Escobar used at least 2 different
counterfeit access devices during this time period and
obtained things of value which totaled over $1,100.

4. Review of surveillance video from various Stripes
locations in the Southern District of Texas from March
2013 through April 2013 revealed the following: Carlos
Gonzalez used at least 7 different counterfeit access
devices during this time period and obtained things of
value which totaled over $2,100. Marcos Escobar used at
least 1 counterfeit access device during this time
period and obtained things of value which totaled over
$190.

5. A query for Carlos Gonzalez in the National Crime
Information Center (NCIC) revealed the following
criminal history: 12/01/2007 (Houston Police
Department) - Theft. 11/29/2008 (College Station Police
Department) - Driver License/False ID. 02/02/2009 (U.S.
Secret Service, Houston) - Fraud Use/Possession
Identifying Info # Items 5 < 10 and Tampering with
Government Records-License, Seal, Certificate, Permit.
06/22/2010 (Houston Police Department) - Possession CS
PG 1 < 1G. 11/04/2011 (DPS Denton County) - Fail to
Identify Fugitive/Intent Give False ID. 01/03/2012
(ICE, Dallas) - Alien Inadmissibility under Section
212. 11/22/2012 (Edinburg Police Department) - Driving
While Intoxicated. 01/06/2013 (Edinburg Police
Department) - Assault Causes Bodily Injury. 01/24/2013
(Dallas County Sheriff's Office) - Fraud Use/Possession
of Identifying Info. 04/06/2013 (McAllen Police
Department) - Public Intoxication. 04/13/2013 (DPS
Hidalgo County) - Driving While Intoxicated. 04/21/2013
(DPS Hidalgo County) - Driving While Intoxicated.

6. A query for Marcos Escobar in the National Crime
Information Center (NCIC) revealed the following
criminal history: 10/26/1989 (Montgomery County Police
Department) - Deadly Weapon on School Property.
04/11/1991 (Montgomery County Police Department) -
Theft. 04/19/1991 (Montgomery County Police Department)
- Theft. 11/05/1991 - (Montgomery County Police

2

Department) - Battery. 03/18/1992 (Montgomery County Police Department) - Burglary. 06/11/1992 (Montgomery County Police Department) - Telephone: Call Repeatedly Abuse. 06/22/1992 (Montgomery County Police Department) - Uttering False Document. 02/03/1994 (Montgomery County Police Department) - Battery. 11/04/1994 (Lake Shores Police Department) - Flight to Avoid Capture (Reference: Robbery with Deadly Weapon). 11/12/1994 (Montgomery County Police Department) - Robbery with Deadly Weapon. 07/01/2000 (Ocean City Police Department) - Life Threat Injury/Vehicle-Boat/Intoxication. 04/16/2002 (Ocean City Police Department) - Controlled Substance: Possession with Intent to Distribute. 04/16/2002 (U.S. INS - Baltimore) - Fraud. 02/13/2003 (Sheriff's Office Worcester County) - Fake Controlled Substance: Possession with Intent to Distribute. 04/10/2005 (Texas Highway Patrol) - Tampering with Government Records-License, Seal, Certificate, Permit. 01/17/2009 (U.S. INS - Border Patrol Harlingen) - Alien Inadmissibility under Section 212. 11/21/2010 (Mission Police Department) - Assault Family/House Member, Impede Breathing/Circulation. 04/21/2013 (DPS Hidalgo County) - Driving While Intoxicated.

7. A query for Alexis Guzman in the National Crime Information Center (NCIC) revealed the following criminal history: 02/18/2010 (Louisville Metro Police Department) - Criminal Possession of Forged Instrument 2nd Degree.

8. It should be noted that on 12/11/2011, Priscila Garcia (Carlos Gonzalez's girlfriend), while operating a vehicle on Interstate 35 was detained via a traffic stop by the Texas Highway Patrol in New Braunfels, TX. A drug sniffing K-9 was utilized during this traffic stop and alerted on the vehicle for narcotics. A subsequent search of the vehicle revealed computer equipment, approximately 30 reloadable debit cards and a magnetic card reader/writer (which is commonly used by individuals engaging in access device fraud to manufacture counterfeit credit cards). (It should be noted that at a later time and date, an Agent from the

3

U.S. Secret Service San Antonio Field Office determined
that 21 of the reloadable debit cards found inside the
vehicle were counterfeit access devices). Additionally,
7 MoneyGram receipts (from November 2011 - December
2011) totaling over $16,000 in wire transfers to
Ukraine were also found in the vehicle operated by
Priscila Garcia. (It should further be noted that it is
common for individuals engaging in access device fraud
to purchase stolen credit/debit card account numbers
from hackers who originate in countries such as
Ukraine, Vietnam and China). During the course of that
investigation, an Agent from the U.S. Secret Service
San Antonio Field Office completed a forensic
examination of the computer equipment seized from
Garcia's vehicle. This forensic examination revealed
the following: A total of 978 Discover credit card
account numbers, 130 Visa credit card account numbers
and 38 MasterCard credit card account numbers were
found inside the computer equipment seized from
Priscila Garcia's vehicle.

9. On 01/21/13, a joint investigation with the McAllen
Police Department and the U.S. Secret Service resulted
in the arrests of 2 Cuban Nationals, for violations of
credit card fraud committed in the McAllen, TX, area.
During the course of that investigation, a cooperating
source identified Carlos Gonzalez, Marcos Escobar and
Alexis Guzman as key players in a sophisticated
organized counterfeit credit card organization
comprised of Cuban Nationals operating in the Southern
District of Texas.

10. On 01/29/13, a joint investigation with the McAllen
Police Department and the U.S. Secret Service resulted
in the arrests of 2 Cuban Nationals and Priscila
Garcia, for violations of credit card fraud committed
in the McAllen, TX, area. During the course of that
investigation, a cooperating source provided the
following information: Carlos Gonzalez, Marcos Escobar
and Alexis Guzman are key players in a sophisticated
organized counterfeit credit card organization
comprised of Cuban Nationals operating in the Southern
District of Texas. In late 2011, Priscila Garcia was

4

transporting a counterfeit credit card plant for Carlos Gonzalez when she was arrested by the Texas Highway Patrol in New Braunfels, TX. All the counterfeit credit cards and counterfeit credit card making equipment seized from Priscila Garcia belonged to Carlos Gonzalez. Carlos Gonzalez has a lot of Cuban Nationals that work for him by committing credit card fraud in the Southern District of Texas. The Cuban Nationals that work for Carlos Gonzalez typically use counterfeit credit cards at local gas stations to purchase diesel and then re-sell the diesel locally. In late January 2013, Marcos Escobar moved counterfeit credit card making equipment belonging to Carlos Gonzalez after Carlos Gonzalez was extradited to Dallas, TX, on an outstanding arrest warrant.

11. On 05/06/2013, a State Judge signed arrest warrants for Carlos Gonzalez, Alexis Guzman and Marcos Escobar for violations of credit card abuse committed in the Southern District of Texas.

12. On 05/07/2013, a State Judge signed search warrants for Marcos Escobar's residence located in Palmhurst, TX, and Alexis Guzman's residence located in McAllen, TX.

13. On 05/08/2013, in a joint operation, the McAllen Police Department and the U.S. Secret Service executed arrest/search warrants at Marcos Escobar's residence located in Palmhurst, TX, and Alexis Guzman's residence located in McAllen, TX. Both Escobar and Guzman were arrested at their respective residences without incident. During the execution of the search warrant conducted at Alexis Guzman's residence, the following items were seized: A computer, local store receipts and 16 counterfeit access devices in the master bathroom which belongs to Alexis Guzman. (It should be noted that when Law Enforcement Officers entered the residence, Alexis Guzman fled inside his bathroom and tried to flush down the toilet the aforementioned 16 counterfeit access devices). During the execution of the search warrant conducted at Marcos Escobar's residence, the following items were seized: Over 60

5

counterfeit access devices, a computer and a credit
card reader/writer (which is commonly used by
individuals engaging in access device fraud to
manufacture counterfeit access devices).

14. Continuing on 05/08/2013, Law Enforcement Officers
attempted to interview Marcos Escobar and Alexis Guzman
after advising them of their Miranda Rights. Escobar
and Guzman refused to cooperate during their respective
interviews.

Based on the aforementioned reasons, it is believed
that probable cause exists that Carlos Gonzalez, Alexis
Guzman and Marcos Escobar have violated Chapter 18 of
the United States Code, Section 371 and Section 1029.
Carlos Gonzalez, Alexis Guzman and Marcos Escobar did
knowingly conspire with at least one other person to
defraud the United States by violating Chapter 18 of
the United States Code, Section 1029.

Based on the aforementioned facts, it is believed that
probable cause exists that Alexis Guzman and Marcos
Escobar violated Chapter 18 of the United States Code,
Section 1029 (a)(3). Alexis Guzman and Marcos Escobar
did knowingly and with intent to defraud possess
fifteen or more counterfeit access devices.

Based on the aforementioned facts, it is believed that
probable cause exists that Marcos Escobar violated
Chapter 18 of the United States Code, Section 1029
(a)(4). Marcos Escobar did knowingly and with intent to
defraud, produces, traffics in, has control or custody
of, or possesses device-making equipment.

Based on the aforementioned facts, it is believed that
probable cause exists that Carlos Gonzalez, Alexis
Guzman and Marcos Escobar violated Chapter 18 of the
United States Code, Section 1029 (a)(2). Carlos
Gonzalez, Alexis Guzman and Marcos Escobar did
knowingly and with intent to defraud traffic in or use
one or more unauthorized access devices during any one
year period and by such conduct obtained anything of
value aggregating $1,000 or more during that period. It

6

is requested that an arrest warrant be issued for
Gonzalez, Guzman and Escobar.


_____
Jose Obando
Special Agent
United States Secret Service



Subscribed to and sworn before me on this __9th__ day of
May, 2013.


_____
Dorina Ramos
United States Magistrate Judge

7