United States District Court
Southern District of Texas
FILED

NOV - 1 2013

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA §
§
v. § Criminal No. M-13-13-845 -*M*
§
MARCOS ESCOBAR §
ALEXIS GUZMAN §
CARLOS GONZALEZ §

2013 NOV -1 AM 10:22
RECEIVED

**ORDER GRANTING DISMISSAL OF COMPLAINT**
**AND GRANTING WITHDRAWAL OF ARRESTWARRANT**

On this date came on to be considered the Government's Motion to Dismiss Complaint and

Motion to Withdraw Arrest Warrant numbered M-13-mj-845-01, against DEFENDANTS

MARCOS ESCOBAR, ALEXIS GUZMAN, and CARLOS GONALEZ for the stated reasons.   It

is the opinion of this Court that said motions should be GRANTED.

It is ORDERED that the Criminal Complaint and Warrant of Arrest against

DEFENDANTS in this criminal case, is hereby dismissed and withdrawn.

Signed at McAllen, Texas this the ____1____ day of ____November____, 2013.

_____
**DORINA RAMOS**
**UNITED STATES MAGISTRATE JUDGE**